# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT COMITO, | 1:08-CV-01437 SMS HC |
| Petitioner, | |
| v. | ORDER VACATING ORDERS TO SUBMIT CONSENT/DECLINE FORM |
| FEDERAL BUREAU OF PRISONS, et al., | [Docs. #8, 10] |
| Respondents. | |

On October 20, 2008, and again on November 25, 2008, the Court issued orders directing Respondent to file a consent/decline form. However, Respondent has already complied by filing a consent form on October 3, 2008.

Accordingly, the October 20, 2008, and November 25, 2008, orders are HEREBY VACATED.

IT IS SO ORDERED.

**Dated:    December 1, 2008**               /s/ Sandra M. Snyder
                                                                 UNITED STATES MAGISTRATE JUDGE